UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 2:18-cr-00074 |
| | * | 18 U.S.C. § 201(c)(1)(B) |
| VERSUS | * | |
| | * | JUDGE UNASSIGNED |
| ROBERT A. WILSON | * | MAGISTRATE JUDGE KAY |

## BILL OF INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

## COUNT 1
### Gratuity Received by a Public Official
**[18 U.S.C. § 201(c)(1)(B)]**

AT ALL TIMES PERTINENT TO THIS BILL OF INFORMATION:

**A.    BACKGROUND**

1. Fort Polk, a military installation of the United States Army located in Vernon Parish, Louisiana, employed both military and civilian employees. The directorates and installation support offices at Fort Polk that issued task orders and administered contracts on behalf of the United States, employed civilian personnel, including Engineer Techs, to act as points-of-contact for vendors and contractors on the contracts.

2. During the period covered by this Bill of Information, Apeck Construction, Inc. ("Apeck") was a corporation organized and existing under the laws of the State of Louisiana with its principle place of business in Leesville, Louisiana. During the period covered by this Bill of Information, Apeck was a construction and transportation company, engaged in the business of providing construction and transportation services for projects in the Western District of Louisiana.

3. The defendant, ROBERT A. WILSON, was a public official, as defined in Title 18, United States Code, Section 201(a)(1), that is, he was an Engineer Tech in the Directorate of Public Works for Fort Polk, and as such was an employee or person acting for or on behalf of the United States, or any department, agency or branch of Government thereof, in any official function, under or by authority of any such department, agency or branch of Government. As an Engineer Tech, ROBERT A. WILSON, developed the scopes of work for task orders and contracts to deliver materials and provide services to Fort Polk, including determining the construction material to be used for construction, supply, and delivery contracts.

**B.   THE CHARGE**

Between on or about July 2007 and June 2010, the defendant, ROBERT A. WILSON, agreed to accept something of value from a co-owner of Apeck, that is, twenty-one payments totaling approximately $25,000.00, in exchange for helping to ensure that Apeck was the source, supplier or provider of construction material for construction, supply, and delivery contracts at Fort Polk.

All in violation of Title 18, United States Code, Section 201(c)(1)(B). [18 U.S.C. §201(c)(1)(B)].

                                          ALEXANDER C. VAN HOOK
                                          United States Attorney

By: *s/Kelly P. Uebinger*
      KELLY P. UEBINGER (Bar No. 21028)
      Assistant United States Attorney
      800 Lafayette Street, Suite 2200
      Lafayette, LA  70501
      Telephone: (337) 262-6618