UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **DOCKET NO. 18-cr-00074** |
| **VERSUS** | : | **UNASSIGNED DISTRICT JUDGE** |
| **ROBERT A. WILSON** | : | **MAGISTRATE JUDGE KAY** |

## ORDER

IT IS ORDERED that this matter be transferred to Judge Dee D. Drell.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 9th day of July, 2018.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT