RECEIVED

JUL - 9 2018

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 18-cr-00074 |
| | * | 18 U.S.C. § 201(c)(1)(B) |
| VERSUS | * | |
| | * | JUDGE UNASSIGNED |
| ROBERT A. WILSON | * | MAGISTRATE JUDGE KAY |

## O R D E R

Based upon the foregoing motion:

IT IS HEREBY ORDERED that the above entitled Bill of Information against

the defendant, ROBERT A. WILSON, is hereby dismissed without prejudice.

THUS DONE AND SIGNED, at _Alexandria_, Louisiana on this

_9_ day of _July_, 2018.

UNITED STATES DISTRICT JUDGE